UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

20 CV 9153

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV, an individual,<br><br>Plaintiff,<br><br>- against-<br><br>HERMAN GREF and KIRILL ANDROSOV,<br><br>Defendants | Civil Action No.<br><br>[~~PROPOSED~~ ORDER]<br><br>(FILED UNDER SEAL) |

Upon the motion of Plaintiffs for an order permitting the filing of the Complaint, summons, civil cover sheet, and Motion for Leave to File Complaint as under seal, and upon review of the motion and memorandum of law in support thereof, it is hereby

ORDERED that Plaintiffs' *Ex Parte* Motion for Leave to File Complaint and Accompanying Papers Under Seal be GRANTED, and it is

FURTHER ORDERED, that the Complaint, summons, civil cover sheet, and Motion for Leave to File Complaint under seal, and all other accompanying filings in this action shall be placed under seal until ~~such time as proof of service of the summons and Complaint is returned and filed by Plaintiffs with the Clerk of the Court.~~ November 6, 2020 or until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October_____, 2020

6