```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
AKHMED GADZHIEVICH BILALOV,                                   :
                                                              :
                            Plaintiff,                        :    1:20-cv-9153-GHW
                                                              :
            -against -                                        :    ORDER REFERRING CASE TO
                                                              :    MAGISTRATE JUDGE
HERMAN GREF AND KIRIL ANDROSOV,                               :
                                                              :
                            Defendants.                       :
                                                              :
------------------------------------------------------------- X

 X  General pretrial (includes scheduling,            ___ Consent under 28 U.S.C. § 636(c) for
     discovery, non-dispositive pretrial                   limited purpose (*e.g.*, dispositive motion,
     motions, and settlement)                              preliminary injunction)
                                                           Purpose: _____
___ Specific non-dispositive motion/dispute:
     _____              ___ Habeas corpus
     _____
                                                    ___ Social Security
     If referral is for discovery disputes when
     the District Judge is unavailable, the time     X  Dispositive motion (*i.e.*, motion
     period of the referral: _____          requiring Report and Recommendation)

___ Settlement                                          Particular motion:
                                                        _____
___ Inquest after default/damages hearing               _____

___ Consent under 28 U.S.C. § 636(c) for all            All such motions:  X  _____
     purposes (including trial)

        SO ORDERED.

                                                                    _____
Date:   November 9, 2020                                              GREGORY H. WOODS
        New York, New York                                            United States District Judge