# SHPIGEL & Associates, PC
Attorneys At Law

250 Greenwich Street
46th Floor
New York, New York 10007
Phone (212) 390-1913    Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

February 5th, 2021

**VIA ECF**

The Honorable Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Bilalov v. Gref et; al., Docket #: 20-Civ-09153 (GHW) (OTW)*

Dear Judge Wang,

 The undersigned represented Plaintiff, Akhmed Bilalov in the above-referenced case. The matter is scheduled for an initial case management conference on February 9, 2021 [Dkt. 10]. Plaintiff respectfully requests a 30-day extension of time to serve the defendants in the action and adjourn the conference scheduled for February 9, 2021, until all Defendants are served.

Plaintiff filed a First Amended Complaint on February 5, 2021 [Dkt. 11]. The Complaint named an additional Defendant, SberBank CIB USA, Inc., and deleted defendant Kirill Androsov from the action. Plaintiff could not serve Defendants Herman Greff and Kirill Androsov despite due diligence because their location in Russia is currently unknown.  Therefore, Plaintiff requests a 30-day extension of time to serve all defendants in the action and an adjournment of the case management conference scheduled for February 9, 2021.

Plaintiff has not requested any previous adjournments.

Thank you for your consideration.

Respectfully,

*/S/Irina Shpigel*
Irina Shpigel