UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| AKHMED GADZHIEVICH BILALOV | | N COURT DATE & TIME: AT |
|---|---|---|
| | | INDEX #: 1:20-CV-09153-GHW-KNF |
| | | DATE FILED: 02/19/2021 |
| vs | *Plaintiff* | Job #: 552127 |
| | | Client File# |
| HERMAN GREF and SBERBANK CIB USA, INC. | | |
| | | SHPIGEL & ASSOCIATES PC |
| | | 250 GREENWICH ST 46TH FL |
| | | NEW YORK, NY 10007 |
| | *Defendant* | |

**CLIENT'S FILE NO.:**  **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, KEVIN ZUCKER, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 3/10/2021 at 10:32 AM at 152 W. 57TH STREET, 46TH FLOOR, NEW YORK, NY 10019, deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT

by personally delivering to and leaving with KEVIN LEWIS for SBERBANK CIB USA, INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: Over 200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Approx Skin**: Black, **Approx Hair**: Black

Deponent previously attempted to serve the above named individual on
03/08/2021 04:14 PM 152 W. 57TH STREET, 46TH FLOOR, NEW YORK, NY 10019

Sworn to before me on 03/11/2021
JEFFREY WITTENBERG #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/22

KEVIN ZUCKER
1326427

SUPREME JUDICIAL SERVICES, INC. 371 HERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373