**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AKHMED GADZHIEVICH BILALOV

vs                                                        *Plaintiff*

HERMAN GREF and SBERBANK CIB USA, INC.

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:20-CV-09153-GHW-KNF
DATE FILED: 02/19/2021
Job #: 552129
Client File#

SHPIGEL & ASSOCIATES PC
250 GREENWICH ST 46TH FL
NEW YORK, NY 10007

CLIENT'S FILE NO.:                                    **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

KEVIN ZUCKER , being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 3/10/2021 at 10:32 AM at 152 W.57TH STREET, 46TH FLOOR , NEW YORK , NY 10019 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT on HERMAN GREF therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with KEVIN LEWIS SECURITY a person of suitable age and discretion at 152 W.57TH STREET, 46TH FLOOR , NEW YORK , NY 10019 said premises being the recipient's actual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 03/11/2021 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Mailing was made to 152 W.57TH STREET, 46TH FLOOR , NEW YORK , NY 10019

Deponent previously attempted to serve the above named individual on

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age: 36 - 50 Yrs., Approx Weight: Over 200 Lbs., Approx Height: 5' 9" - 6' 0", Sex: Male, Approx Skin: Black, Approx Hair: Black**
**Other:**
I WAS REFUSED ADMITTANCE TO A SECURE PREMISE.
Deponent spoke to KEVIN LEWIS
Inquired as to the HERMAN GREF s place of business and received a positive reply and confirmed the above address of HERMAN GREF and asked whether HERMAN GREF was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the HERMAN GREF always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the HERMAN GREF is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 03/11/2021
JEFFREY WITTENBERG  #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/22



KEVIN ZUCKER
1326427

*SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373*