AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Akhmed Gadzhievich Bilalov | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-09153-GHW-KNF |
| Herman Gref & Sberbank CIB USA, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sberbank CIB USA, Inc.

Date:  04/12/2021

/s/ Kimberly A. Havlin
*Attorney's signature*

Kimberly A. Havlin, KH6198
*Printed name and bar number*

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

*Address*

kim.havlin@whitecase.com
*E-mail address*

(212) 819-8200
*Telephone number*

(212) 354-8113
*FAX number*