AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Akhmed Gadzhievich Bilalov | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-09153-GHW-KNF |
| Herman Gref & Sberbank CIB USA, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sberbank CIB USA, Inc.

Date: 04/12/2021

/s/ Claire DeLelle
*Attorney's signature*

Claire DeLelle, CD3527
*Printed name and bar number*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Address*

claire.delelle@whitecase.com
*E-mail address*

(202) 626-3600
*Telephone number*

(202) 639-9355
*FAX number*