UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

       Plaintiff,

  -against-

HERMAN GREF, et al.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:20-cv-09153-GHW-KNF

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Defendant Herman Gref appears in the case captioned above by his counsel, John S. Kiernan of Debevoise & Plimpton LLP.

Dated: New York, New York
   April 12, 2021

          DEBEVOISE & PLIMPTON LLP

        By: /s/ John S. Kiernan
          John S. Kiernan
          jskiernan@debevoise.com

          919 Third Avenue
          New York, New York  10022
          (212) 909-6000

          *Counsel for Herman Gref*