AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Akhmed Gadzhievich Bilalov | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-09153-GHW-KNF |
| Herman Gref & Sberbank CIB USA, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sberbank CIB USA, Inc.

Date: 04/12/2021

/s/ Scott Hershman
*Attorney's signature*

Scott Hershman, SH8260
*Printed name and bar number*

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

*Address*

scott.hershman@whitecase.com
*E-mail address*

(212) 819-8200
*Telephone number*

(212) 354-8113
*FAX number*