WHITE & CASE

April 12, 2021

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**BY ELECTRONIC FILING**
**ON THE PUBLIC DOCKET**

The Honorable Kevin N. Fox
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 228
New York, New York 10007

Re: *Bilalov v. Gref & Sberbank CIB USA, Inc.*, No. 20-CV-09153 (GHW)(KNF)

Dear Judge Fox:

This firm represents Defendant Sberbank CIB USA, Inc. ("SCIB") in the above-captioned matter. Together with Debevoise & Plimpton LLP, which represents Defendant Herman Gref, and Shpigel and Associates, P.C., which represents Plaintiff Akhmed Bilalov, we respectfully submit this letter pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices.

White & Case and Debevoise & Plimpton were both recently retained as counsel for SCIB and Mr. Gref, respectively. Mr. Gref and SCIB contend that they have not been served effectively under Rule 4 of the Federal Rules of Civil Procedure. However, they have agreed to waive formal service on the basis of the below proposed schedule which, subject to the Court's approval, would extend Mr. Gref's and SCIB's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint to July 8, 2021.

| Defendants' Deadline to Answer, Move, or Respond to Amended Complaint | July 8, 2021 |
|---|---|
| Plaintiff's Deadline to Oppose any Motion to Dismiss Filed by Defendants | September 8, 2021 |
| Defendants' Deadline to Reply to any Opposition Filed by Plaintiff | October 8, 2021 |

There have been no previous requests for an extension of time in this matter. Plaintiff consents to Defendants' request for additional time to answer, move, or otherwise respond to the Amended Complaint, subject to the Court's endorsement of the above schedule. We thank the Court for its consideration.

AMERICAS 107110943

**WHITE & CASE**

Respectfully Submitted,

*/s/ Kimberly A. Havlin*

**Kimberly A. Havlin**

**T** +1 212-819-8683
**E** kim.havlin@whitecase.com

Copies to Counsel of Record (via ECF Filing)

2

AMERICAS 107110943