SHPIGEL LAW, P.C.
Attorneys At Law

250 Greenwich Street
46th Floor
New York, New York 10007
Phone (212) 390-1913    Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

May 20th, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Bilalov v. Herman Gref Et., al., Dkt. #:20-Civ-09153(AT)(KNF)*

Dear Judge Torres,

The undersigned represents Plaintiff Akhmed Gadzhievich Bilalov in the above-referenced case. We write according to Rule III. B. ii of Your Honor's Individual Practice and Rules to respectfully request a 30-day extension of time to Amend Plaintiff's First Amended Complaint (hereinafter FAC) [Dkt. 11].

The Parties exchanged pre-motion letters as required by Rule III.B.ii of your Honors' Individual Practice and Rules. Defendant's time to answer or move with respect to the FAC is May 21st, 2021. Plaintiff respectfully seeks leave of court to file and serve a Second Amended Complaint on or before June 21st, 2021 and until July 19th, 2021 for Defendants to answer or otherwise move with respect to the Second Amended Complaint.

We thank the Court for its consideration of this request.


Respectfully,


*/S/Irina Shpigel*
Irina Shpigel