# SHPIGEL & ASSOCIATES, P.C.
Attorneys At Law

250 Greenwich Street, 46th Floor
7 World Trade Center
New York, New York 10007
Phone (212) 390-1913    Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

June 25th, 2021

**VIA ECF**
The Honorable Kevin N. Fox
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 228
New York, New York 10007

Re: *Bilalov v. Gref et al., 20-Civ-09153-(AT)(KNF)*

Counsel:

I write on behalf of Plaintiff Akhmed G. Bilalov (hereinafter "Mr. Bilalov"). By order dated June 21, 2021, the Court ordered Plaintiff to file the Second Amended Complaint. [Dkt. 40]. On June 23, 2021, Plaintiff filed the Second Amended Complaint via ECF [Dkt. 41] and a Request for an Issuance of a Summons [42]. However, there was a filing error. The Amended Complaint was incorrectly filed. We write to respectfully request the Court's permission to accept the refiled Second Amended Complaint [45].

We thank the Court for its consideration.

>                                   Best Regards,
>
>                                   */s/ Irina Shpigel*
>                                   Irina Shpigel, Esq.