CASREF,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:20-cv-09153-AT-KNF

| | |
|---|---|
| Akhmed Gadzhievich v. Herman Gref et al. | Date Filed: 11/02/2020 |
| Assigned to: Judge Analisa Torres | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Kevin Nathaniel Fox | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1961 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**ABC**
*TERMINATED: 11/05/2020*

**Plaintiff**

**Akhmed Gadzhievich Bilalov**
*an individual*

represented by **Irina Shpigel**
Shpigel Law P.C.
250 Greenwich Street
Ste 46th Floor
New York, NY 10007
212-390-1913
Fax: 646-355-0242
Email: ishpigel@iselaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEF**
*TERMINATED: 11/05/2020*

**Defendant**

**Herman Gref**

represented by **John S. Kiernan**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 3rd Floor
New York, NY 10022
(212) 909-6000
Fax: (212) 909-6836
Email: jskiernan@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirill Androsov**
*TERMINATED: 02/05/2021*

**Defendant**

| | | |
|---|---|---|
| **Sberbank CIB USA, Inc.** | represented by | **Claire Angela DeLelle**<br>White & Case LLP (DC)<br>701 Thirteenth Street, Nw<br>Washington, DC 20005<br>(202)-626-3600<br>Fax: (202)-639-9355<br>Email: cdelelle@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kimberly Anne Havlin**<br>White & Case LLP (NY)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>Fax: (212) 354-8113<br>Email: kim.havlin@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott Edward Hershman**<br>White & Case LLP (NY)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>Fax: (212) 354-8113<br>Email: SHershman@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Isaac Seth Glassman**<br>White & Case LLP (NY)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-819-8200<br>Fax: 212-354-8113<br>Email: isaac.glassman@whitecase.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sberbank of Russia PJSC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2020 | 1 | ***Sealed*** ORDER, Case sealed. (Signed by Judge John P. Cronan on 11/02/2020) (jus) (Entered: 11/04/2020) |
| 11/02/2020 |  | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (jus) (Entered: 11/04/2020) |
| 11/02/2020 |  | ***Case Sealed (jus) (Entered: 11/04/2020) |
| 11/02/2020 | 2 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/04/2020) |
| 11/05/2020 | 3 | ORDER. The Clerk of Court is directed to unseal this case. Plaintiff is directed to file the complaint, along with this order, on the docket of this case. Plaintiff is directed to serve a copy of this order, and all of the Courts prior orders in connection with this application, on each of the defendants and to retain proof of service. SO ORDERED. (Signed by Judge Gregory H. Woods on 11/05/2020)(jus) (Entered: 11/06/2020) |
| 11/05/2020 |  | ***Case Unsealed (jus) (Entered: 11/06/2020) |
| 11/05/2020 | 4 | COMPLAINT FOR DAMAGES against Kirill Androsov, Herman Gref. Document filed by Akhmed Gadzhievich Bilalov.(rro) *** This document was previously filed under seal in envelope #2 and unsealed by docket entry 3 *** Modified on 11/6/2020 (rro). (Entered: 11/06/2020) |
| 11/05/2020 | 5 | CIVIL COVER SHEET filed. *** This document was previously filed under seal in envelope #2 and unsealed by docket entry 3 ***.(rro) (Entered: 11/06/2020) |
| 11/05/2020 | 6 | NOTICE OF EX PARTE MOTION TO FILE UNDER SEAL. Document filed by Akhmed Gadzhievich Bilalov. *** This document was previously filed under seal in envelope #2 and unsealed by docket entry 3 ***.(rro) (Entered: 11/06/2020) |
| 11/05/2020 | 7 | MEMORANDUM OF LAW IN SUPPORT OF AKHMED GADZHIEVICH BILALOV'S MOTION FOR SEALING re: 6 MOTION to Seal. Document filed by Akhmed Gadzhievich Bilalov. *** This document was previously filed under seal in envelope #2 and unsealed by docket entry 3 *** (rro) (Additional attachment(s) added on 11/6/2020: # 1 Exhibit Exhibit A) (rro). Modified on 11/6/2020 (rro). (Entered: 11/06/2020) |
| 11/05/2020 | 8 | ORDER granting 6 Motion to Seal.ORDERED that Plaintiffs' Ex Parte Motion for Leave to File Complaint andAccompanying Papers Under Seal be GRANTED, and it isFURTHER ORDERED, that the Complaint, summons, civil cover sheet, and Motion for Leaveto File Complaint under seal, and all other accompanying filings in this action shall be placed under seal until November 6, 2020 or until further order of the Court..*** This document was previously filed under seal in envelope #2 and unsealed by docket entry 3 *** (Signed by Judge John P. Cronan on 11/5/2020) (rro) (Entered: 11/06/2020) |

| | | |
|---|---|---|
| 11/09/2020 | 9 | ORDER REFERRING CASE TO MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). General pretrial (includes scheduling, non-dispositive pretrial motions, and settlement) All such motions. Referred to Magistrate Judge Ona T. Wang. (Signed by Judge Gregory H. Woods on 11/9/2020) (js) Modified on 11/12/2020 (js). (Entered: 11/10/2020) |
| 11/12/2020 | 10 | INITIAL CASE MANAGEMENT CONFERENCE ORDER: An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held telephonically on Tuesday, February 09, 2021 at 11:00 a.m. The dial in information is (866) 390-1828, access code 1582687. (Initial Conference set for 2/9/2021 at 11:00 AM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 11/12/2020) (rro) (Entered: 11/12/2020) |
| 02/05/2021 | 11 | FIRST AMENDED COMPLAINT amending 4 Complaint against Herman Gref, SBERBANK CIB USA, Inc. with JURY DEMAND.Document filed by Akhmed Gadzhievich Bilalov. Related document: 4 Complaint..(Shpigel, Irina) (Entered: 02/05/2021) |
| 02/05/2021 | 12 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Herman Gref and SberBank CIB USA, Inc., re: 11 Amended Complaint. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) Modified on 2/8/2021 (sj). (Entered: 02/05/2021) |
| 02/05/2021 | 13 | FIRST LETTER MOTION for Extension of Time *to serve Defendants and request to adjourn the initial case management conference scheduled for 2/9/2021* addressed to Magistrate Judge Ona T. Wang from Plaintiff dated 02/05/2021. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 02/05/2021) |
| 02/08/2021 | | Magistrate Judge Kevin Nathaniel Fox is so redesignated. (laq) (Entered: 02/08/2021) |
| 02/08/2021 | 14 | ORDER with respect to 13 Letter Motion for Extension of Time:Initial Case Management Conference before J. Wang adjourned sine die due to case reassignment. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 02/08/2021) |
| 02/08/2021 | 15 | ORDER granting 13 Letter Motion for extension of time to effect service of the amended complaint. The time to effect service is enlarged to March 10, 2021. The conference scheduled previously for February 9, 2021, is adjourned sine die. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 02/08/2021) |
| 02/08/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Irina Shpigel. The party information for the following party/parties has been modified: Sberbank CIB USA, Inc. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (sj)** (Entered: 02/08/2021) |
| 02/08/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Irina Shpigel to RE-FILE** |

| | | |
|---|---|---|
| | | **Document No. 12 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Plaintiff's name must match exactly in caption as pleading. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (sj)** (Entered: 02/08/2021) |
| 02/08/2021 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Kevin Nathaniel Fox, for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Magistrate Judge Ona T. Wang no longer referred to the case. (ad) (Entered: 02/09/2021) |
| 02/18/2021 | 16 | REQUEST FOR ISSUANCE OF SUMMONS as to Herman Gref and Sberbank CIB USA, Inc., re: 11 Amended Complaint, 4 Complaint. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 02/18/2021) |
| 02/19/2021 | 17 | ELECTRONIC SUMMONS ISSUED as to Herman Gref, Sberbank CIB USA, Inc...(jgo) (Entered: 02/19/2021) |
| 04/06/2021 | 18 | SUMMONS RETURNED EXECUTED. Sberbank CIB USA, Inc. served on 3/10/2021, answer due 3/31/2021. Service was accepted by Kevin Lewis, Authorized Party. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 04/06/2021) |
| 04/06/2021 | 19 | SUMMONS RETURNED EXECUTED. Herman Gref served on 3/10/2021, answer due 3/31/2021. Service was accepted by Kevin Lewis, Security. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 04/06/2021) |
| 04/12/2021 | 20 | NOTICE OF APPEARANCE by Kimberly Anne Havlin on behalf of Sberbank CIB USA, Inc...(Havlin, Kimberly) (Entered: 04/12/2021) |
| 04/12/2021 | 21 | NOTICE OF APPEARANCE by Claire Angela DeLelle on behalf of Sberbank CIB USA, Inc...(DeLelle, Claire) (Entered: 04/12/2021) |
| 04/12/2021 | 22 | NOTICE OF APPEARANCE by John S. Kiernan on behalf of Herman Gref..(Kiernan, John) (Entered: 04/12/2021) |
| 04/12/2021 | 23 | NOTICE OF APPEARANCE by Scott Edward Hershman on behalf of Sberbank CIB USA, Inc...(Hershman, Scott) (Entered: 04/12/2021) |
| 04/12/2021 | 24 | NOTICE OF APPEARANCE by Isaac Seth Glassman on behalf of Sberbank CIB USA, Inc...(Glassman, Isaac) (Entered: 04/12/2021) |
| 04/12/2021 | 25 | LETTER addressed to Magistrate Judge Kevin Nathaniel Fox from Kimberly A. Havlin dated April 12, 2021 re: Proposed schedule for Defendants to answer, move, or otherwise respond to Plaintiffs Amended Complaint. Document filed by Sberbank CIB USA, Inc...(Havlin, Kimberly) (Entered: 04/12/2021) |
| 04/12/2021 | 26 | MEMO ENDORSEMENT on re: 25 Letter, filed by Sberbank CIB USA, Inc. ENDORSEMENT: Application denied. Without more, the generous schedule proposed by the parties is not warranted. Therefore, the Court declines to adopt the proposed |

| | | |
|---|---|---|
| | | schedule. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 4/12/2021) (va) (Entered: 04/13/2021) |
| 04/13/2021 | | NOTICE OF CASE REASSIGNMENT to Judge Analisa Torres. Judge Gregory H. Woods is no longer assigned to the case. (laq) (Entered: 04/13/2021) |
| 04/20/2021 | 27 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge Analisa Torres on 4/20/2021) (kv) (Entered: 04/20/2021) |
| 04/23/2021 | 28 | LETTER MOTION for Extension of Time *to answer, move or otherwise respond to Amended Complaint* addressed to Judge Analisa Torres from Kimberly A. Havlin dated April 23, 2021. Document filed by Sberbank CIB USA, Inc...(Havlin, Kimberly) (Entered: 04/23/2021) |
| 05/03/2021 | 29 | ORDER granting 28 Letter Motion for Extension of Time. GRANTED. SO ORDERED. (Signed by Judge Analisa Torres on 5/3/2021) (kv) (Entered: 05/03/2021) |
| 05/03/2021 | | Set/Reset Deadlines: Herman Gref answer due 5/21/2021; Sberbank CIB USA, Inc. answer due 5/21/2021. (kv) (Entered: 05/03/2021) |
| 05/20/2021 | 30 | FIRST LETTER MOTION for Leave to File Second Amended Complaint addressed to Judge Analisa Torres from Irina Shpigel dated May 20th, 2021. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 05/20/2021) |
| 05/21/2021 | 31 | ORDER denying 30 Letter Motion for Leave to File Document. The plaintiff shall, on or before June 1, 2021, file a motion to amend the complaint for a second time or the parties may proceed, prior to that date, in accordance with that portion of Fed. R. Civ. P. 15 (a)(2) which addresses written consent to amend pleadings. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 05/21/2021) |
| 06/01/2021 | 32 | LETTER MOTION for Extension of Time *of three days to file a motion for leave to amend the complaint* addressed to Magistrate Judge Kevin Nathaniel Fox from Irina Shpigel dated June 1st, 2021. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 06/01/2021) |
| 06/01/2021 | 33 | ORDER granting 32 Letter Motion for Extension of Time. Motion to Amend due by 6/4/2021. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/01/2021) |
| 06/04/2021 | 34 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Leave to File Second Amended Complaint . Document filed by Akhmed Gadzhievich Bilalov. (Attachments: # 1 Affidavit Attorney Affirmation, # 2 Exhibit A-Proposed Second Amended Complaint, # 3 Exhibit B- SAC with Redline Changes).(Shpigel, Irina) Modified on 6/7/2021 (ldi). (Entered: 06/04/2021) |
| 06/04/2021 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION for Leave to File Second Amended Complaint . . Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, |

| | | |
|---|---|---|
| | | Irina) (Entered: 06/04/2021) |
| 06/07/2021 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Irina Shpigel to RE-FILE Document 34 MOTION for Leave to File Second Amended Complaint . ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion is found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 06/07/2021) |
| 06/08/2021 | 36 | MOTION for Leave to File Second Amended Complaint . Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 06/08/2021) |
| 06/08/2021 | 37 | DECLARATION of Irina Shpigel in Support re: 34 MOTION for Leave to File Second Amended Complaint ., 36 MOTION for Leave to File Second Amended Complaint .. Document filed by Akhmed Gadzhievich Bilalov. (Attachments: # 1 Exhibit Proposed Second Amended Complaint, # 2 Exhibit Proposed Second Amended Complaint with redline changes).(Shpigel, Irina) (Entered: 06/08/2021) |
| 06/08/2021 | 38 | MEMORANDUM OF LAW in Support re: 34 MOTION for Leave to File Second Amended Complaint ., 36 MOTION for Leave to File Second Amended Complaint . . Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 06/08/2021) |
| 06/17/2021 | 39 | LETTER MOTION for Extension of Time *to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint until twenty-one days after the Second Amended Complaint is filed* addressed to Magistrate Judge Kevin Nathaniel Fox from Kimberly A. Havlin dated June 17, 2021. Document filed by Herman Gref, Sberbank CIB USA, Inc...(Havlin, Kimberly) (Entered: 06/17/2021) |
| 06/21/2021 | 40 | ORDER denying as moot 36 Letter Motion for leave to file second amended complaint; see Docket Entry 39. The plaintiff shall file the second amended complaint on or before June 23, 2021. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/21/2021) |
| 06/23/2021 | 41 | FILING ERROR - DEFICIENT PLEADING - FILED AGAINST PARTY ERROR -SECOND AMENDED COMPLAINT amending 11 Amended Complaint, 4 Complaint against Herman Gref, Sberbank CIB USA, Inc., Sberbank of Russia PJSC with JURY DEMAND.Document filed by Akhmed Gadzhievich Bilalov. Related document: 11 Amended Complaint, 4 Complaint..(Shpigel, Irina) Modified on 6/24/2021 (pc). (Entered: 06/23/2021) |
| 06/23/2021 | 42 | REQUEST FOR ISSUANCE OF SUMMONS as to Sberbank of Russia PJSC, re: 41 Amended Complaint,. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 06/23/2021) |
| 06/24/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Irina Shpigel to RE-FILE re: Document No. 41 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong party/parties whom the pleading is against were selected; The Amended Complaint was incorrectly filed on the due date. Permission from Chambers will need to be acquired in order for the Amended Complaint to be accepted when refiled. Docket the event type Add |

| | | |
|---|---|---|
| | | **Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. (pc)** (Entered: 06/24/2021) |
| 06/24/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Irina Shpigel to RE-FILE Document No. 42 Request for Issuance of Summons. The filing is deficient for the following reason(s): The amended complaint was incorrectly filed and rejected. Please refile your pleading correctly and then your summons. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (pc)** (Entered: 06/24/2021) |
| 06/24/2021 | 43 | ORDER with respect to 39 Letter Motion. The defendants' response to the second amended complaint shall be filed 21 days after the amended pleading is filed by the plaintiff. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/24/2021) |
| 06/25/2021 | 44 | ORDER denying as moot 39 Letter Motion for extension of time; see Docket Entry No. 43. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/25/2021) |
| 06/25/2021 | 45 | **FILING ERROR - DEFICIENT PLEADING - FRCP RULE 15 NON-COMPLIANCE** SECOND AMENDED COMPLAINT amending 41 Amended Complaint against DEF, Herman Gref, Sberbank CIB USA, Inc., Sberbank of Russia PJSC with JURY DEMAND.Document filed by Akhmed Gadzhievich Bilalov. Related document: 41 Amended Complaint.(Shpigel, Irina) Modified on 6/28/2021 (sj). (Entered: 06/25/2021) |
| 06/25/2021 | 46 | LETTER MOTION for Extension of Time *to file Second Amended Complaint* addressed to Magistrate Judge Kevin Nathaniel Fox from Irina Shpigel dated 06/25/21. Document filed by Akhmed Gadzhievich Bilalov..(Shpigel, Irina) (Entered: 06/25/2021) |
| 06/28/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Irina Shpigel re: Document No. 45 Amended Complaint. The filing is deficient for the following reason(s): Court's leave has not been granted. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (sj)** (Entered: 06/28/2021) |
| 06/28/2021 | 47 | ==ORDER granting 46 Letter Motion for permission to file the Second Amended Complaint. (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/28/2021)== |

**PACER Service Center**

**Transaction Receipt**

|  | 06/30/2021 15:46:33 | | |
|---|---|---|---|
| **PACER Login:** | IrinaShpigel | **Client Code:** | |
| **Description:** | DocketReport | **Search Criteria:** | 1:20-cv-09153-AT-KNF |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |