UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
AKHMED GADZHIEVICH BILALOV,          :
: 1:20-cv-09153-AT-KNF
Plaintiff,      :
:
-against-              : **NOTICE OF APPEARANCE**
:
HERMAN GREF, SBERBANK CIB USA, INC., :
SBERBANK OF RUSSIA PJSC, and DOES 1- :
100 inclusive,                       :
:
Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    PLEASE TAKE NOTICE that John S. Kiernan of Debevoise & Plimpton LLP hereby appears on behalf of Defendant Sberbank of Russia.[1] The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       July 23, 2021

                                      DEBEVOISE & PLIMPTON LLP

                                      By: */s/ John S. Kiernan*
                                           John S. Kiernan
                                           jskiernan@debevoise.com

                                           919 Third Avenue
                                           New York, New York 10022
                                           (212) 909-6000

                                           *Counsel for Sberbank of Russia*

---

[1]     The Second Amended Complaint (ECF No. 51) erroneously refers to defendant as Sberbank of Russia PJSC.