UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

                          Plaintiff,

-against-

HERMAN GREF, SBERBANK CIB USA, INC.,
SBERBANK OF RUSSIA PJSC, and DOES 1-
100 inclusive

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:20-cv-09153-AT-KNF

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel makes the following certification:  No corporation owns 10% or more of the stock in Defendant Sberbank of Russia.[1]  The Russian Federation in the person of the Ministry of Finance of the Russian Federation owns a 50% equity stake plus one ordinary share in Defendant Sberbank of Russia.

Dated: New York, New York
       July 23, 2021

                                          DEBEVOISE & PLIMPTON LLP

                                          By: */s/ John S. Kiernan*
                                               John S. Kiernan
                                               jskiernan@debevoise.com

                                               919 Third Avenue
                                               New York, New York 10022
                                               (212) 909-6000

                                               *Counsel for Sberbank of Russia*

---

[1]    The Second Amended Complaint (ECF No. 51) erroneously refers to defendant as Sberbank of Russia PJSC.