USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKHMED GADZHIEVICH BILALOV,

    Plaintiff,

-against-

HERMAN GREF, SBERBANK CIB USA, INC.,

    Defendants.

20 Civ. 9153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated July 23 and 30, 2021, ECF Nos. 54–56. Accordingly:

1. Defendants' requests for leave to file motions to dismiss are GRANTED;
2. By **September 6, 2021**, Defendants shall file their motions to dismiss;
3. By **September 27, 2021**, Plaintiff shall file his opposition papers;
4. By **October 12, 2021**, Defendants shall file their replies, if any.

The Clerk of Court is directed to terminate the motions at ECF Nos. 54–55.

SO ORDERED.

Dated: August 2, 2021
     New York, New York

ANALISA TORRES
United States District Judge