UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

                                 Plaintiff,

                                 -against-                     1:20-cv-09153-AT-KNF

HERMAN GREF, SBERBANK CIB USA, INC.,
SBERBANK OF RUSSIA PJSC, and DOES 1-
100 inclusive,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel makes the following certification: Sberbank CIB USA, Inc. is an indirect wholly-owned subsidiary of Defendant Sberbank of Russia.  *See* ECF No. 53.

Dated: New York, New York
September 6, 2021

**WHITE & CASE LLP**

By: */s/ Claire DeLelle*

Claire DeLelle
Email: claire.delelle@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600

Kim Havlin
Email: kim.havlin@whitecase.com
Scott Hershman
Email: scott.hershman@whitecase.com
Isaac Glassman
Email: isaac.glassman@whitecase.com
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200

*Counsel for Defendant*
*Sberbank CIB USA, Inc.*