UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

                Plaintiff,

-against-

HERMAN GREF, SBERBANK CIB USA, INC.,
SBERBANK OF RUSSIA PJSC, and DOES 1-
100 inclusive,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:20-cv-09153-AT-KNF

**<u>ORAL ARGUMENT REQUESTED</u>**

### NOTICE OF SBERBANK CIB USA, INC.'S
### MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Sberbank CIB USA, Inc. ("SCIB") will and hereby does move this Court, on a date and time to be fixed by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), granting SCIB's Motion to Dismiss Plaintiff Akhmed Gadzhievich Bilalov's Second Amended Complaint for failure to state a claim upon which relief can be granted, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's August 2, 2021 Order, ECF No. 57, papers in opposition to this motion must be served on or before September 27, 2021, and that reply papers must be served on or before October 12, 2021.

Dated: New York, New York
September 6, 2021

**WHITE & CASE LLP**

By: */s/ Claire DeLelle*

Claire DeLelle
Email: claire.delelle@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600

Kim Havlin
Email: kim.havlin@whitecase.com
Scott Hershman
Email: scott.hershman@whitecase.com
Isaac Glassman
Email: isaac.glassman@whitecase.com
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200

*Counsel for Defendant*
*Sberbank CIB USA, Inc.*