USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

# SHPIGEL LAW, P.C.
Attorneys At Law

250 Greenwich Street, 46th Floor
7 World Trade Center
New York, New York 10007
Phone (212) 390-1913     Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

September 23rd, 2021

**VIA ECF**
The Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *Bilalov v. Gref et; al., Docket #: 20-Civ-09153 (AT) (KNF)*

Dear Judge Torres,

The undersigned represents Plaintiff Akhmed Bilalov in the above-referenced case. Plaintiff's Opposition to Defendants' Motion to Dismiss is due on September 27th, 2021. Accordingly, Plaintiff respectfully requests a three (3) week extension of time to serve and file the Opposition and an equivalent extension of time for Defendants to serve and file their Reply. Plaintiff respectfully requests an extension to submit Opposition to that Motion to October 18th, 2021, and file the fully briefed motion on November 2nd, 2021.  The proposed briefing schedule would be amended as follows:

1. Plaintiff's Opposition to Defendant's Motion shall be due on or before October 18th, 2021;
2. Defendant's reply brief shall be due on or before November 2nd, 2021.

This is Plaintiff's first request for an extension of time to file an Opposition to the Motion. Counsel for the Defendants do not object to the request. The requested extension of time does not affect any other scheduled dates.

I thank the Court for its consideration of the request.

Respectfully,

*/S/Irina Shpigel*
Irina Shpigel

GRANTED.

SO ORDERED.

Dated: September 24, 2021
         New York, New York

_____
ANALISA TORRES
United States District Judge