# SHPIGEL LAW, P.C.
Attorneys At Law

250 Greenwich Street, 46th Floor
7 World Trade Center
New York, New York 10007
Phone (212) 390-1913     Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

October 19th, 2021

**VIA ECF**
The Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:     *Bilalov v. Gref et; al., Docket #: 20-Civ-09153 (AT) (KNF)*

Dear Judge Torres,

The undersigned represents Plaintiff Akhmed Bilalov in the above-referenced case. We write to respectfully request a one (1) day extension of time to file Plaintiff's Opposition to Defendants' Motion to Dismiss, which was due on October 18th, 2021. According to Your Honor's Individual Rules, "absent an emergency, any request for an extension of time must be made at least 48 hours prior to the scheduled deadline." The undersigned was not able to request an adjournment sooner due to an unforeseen family emergency. Counsel for Defendants do not object to a one-day extension.

This is Plaintiff's second request for an extension of time to file an Opposition to the Motion. The requested extension of time does not affect any other scheduled dates.

I thank the Court for its consideration of the request.

Respectfully,

*/S/Irina Shpigel*
Irina Shpigel

2