UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                               :

AKHMED GADZHIEVICH BILALOV,        :
                                               :        1:20-cv-09153-GHW-KNF
                   Plaintiff,       :
                                             :
            -against-       :        **NOTICE OF APPEARANCE**
                                             :
HERMAN GREF, et al.,               :
                                             :
                   Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that Defendants Mr. Herman Gref and Sberbank of Russia appear in the case captioned above by their counsel, William H. Taft V of Debevoise & Plimpton LLP.

Dated: New York, New York
        December 16, 2021

                                          DEBEVOISE & PLIMPTON LLP

                                          By:/s/ William H. Taft V
                                               William H. Taft V
                                               whtaft@debevoise.com

                                               919 Third Avenue
                                               New York, New York  10022
                                               (212) 909-6000

                                               *Counsel for Herman Gref and Sberbank of Russia*