UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

                     Plaintiff,

       -against-

HERMAN GREF, et al.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:20-cv-09153-GHW-KNF

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Defendants Mr. Herman Gref and Sberbank of Russia appear in the case captioned above by their counsel Mark P. Goodman of Debevoise & Plimpton LLP.

Dated: New York, New York
         December 23, 2021

                                          DEBEVOISE & PLIMPTON LLP

                                          By: /s/ *Mark P. Goodman*
                                               Mark P. Goodman
                                               mpgoodman@debevoise.com

                                               919 Third Avenue
                                               New York, New York  10022
                                               (212) 909-6000

                                               *Counsel for Herman Gref and Sberbank of Russia*