# SHPIGEL LAW, PC
Attorneys At Law

250 Greenwich Street
46th Floor
New York, New York 10007
Phone (212) 390-1913     Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

December 30th, 2021

**VIA ECF**
The Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *Bilalov v. Gref et al.*, **20-Civ-09153 (AT) (KNF)**

Dear Judge Torres,

The undersigned represents Plaintiff Akhmed Bilalov in the above-referenced case. Plaintiff's Opposition to Defendant's Supplemental Motion to Dismiss is due on January 3, 2022 and Defendants' Reply is due January 10, 2022. Pursuant to Your Honor's Individual Practice Rules I.B and I.C, Plaintiff respectfully requests a 30-day extension of time to serve and file the Opposition and a 7-day extension of time for Defendants Sberbank of Russia and Herman Gref to serve and file their Reply. Plaintiff's Opposition would be due February 2, 2022, and Defendants' Reply due February 16, 2022.

This is the Plaintiff's first request for an extension of time to file an opposition to the supplemental motion to dismiss. The extension is requested because of medical issues related to the resurgent COVID-19 pandemic. Counsel for the Defendants do not object to the request. The requested extension of time does not affect any other scheduled dates.

I thank the Court for its consideration of the request.

Respectfully Submitted,

*/S/Irina Shpigel*
Irina Shpigel