UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKHMED GADZHIEVICH BILALOV,

               Plaintiff,

-against-

HERMAN GREF, SBERBANK CIB USA, INC.,
SBERBANK OF RUSSIA PJSC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022

20 Civ. 9153 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's motion for entry of a temporary restraining order ("TRO"). ECF Nos. 81–84. Although Plaintiff indicates he is seeking *ex parte* relief, *see* ECF No. 82 at 5–7, he filed his TRO request publicly on the docket, thereby notifying Defendants of the relief he seeks. And, the Court finds that, pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff has not made a sufficient showing that "immediate and irreparable injury, loss, or damage will result to [him] before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Accordingly, if Defendants intend to oppose entry of the TRO, they shall file any opposition papers by **March 14, 2022**.

      SO ORDERED.

Dated: March 9, 2022
       New York, New York

ANALISA TORRES
United States District Judge