**WHITE & CASE**

March 11, 2022

<u>VIA ECF AND EMAIL</u>

The Honorable Analisa Torres
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

   Re: *Bilalov v. Gref et al.,* No. 20-cv-09153 (AT)(JW)

Dear Judge Torres:

We are counsel for Defendant Sberbank CIB USA, Inc. ("SCIB") in the above-captioned matter. We write to advise the Court that SCIB intends to oppose the motion for temporary restraining order filed by Plaintiff (ECF Nos. 81-84) by the March 14 deadline set by the Court's Order dated March 9, 2022 (ECF No. 85).

We also wish to advise the Court, as authorized by SCIB, that White & Case LLP and SCIB are ending their relationship and are actively seeking substitute counsel to represent SCIB in this action. As soon as substitute counsel for SCIB is engaged, counsel will file appropriate papers pursuant to Local Civil Rule 1.4. Given the current posture of the case, with SCIB's motion to dismiss *sub judice*, we do not anticipate any disruption of these proceedings.

We thank the Court for its consideration and are available to answer any questions the Court may have.

Respectfully submitted,

*/s/ Claire A. DeLelle*

Claire A. DeLelle
Kimberly A. Havlin

**T** +1 202 626 6485
**E** claire.delelle@whitecase.com

Copies to Counsel of Record (via ECF Filing)

AMERICAS 108341767