**Debevoise
&Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**VIA ECF AND EMAIL**                                                        July 20, 2022

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Bilalov v. Gref et al.*, 1:20-cv-09153-AT-JW (S.D.N.Y.)

Dear Judge Torres:

We write on behalf of Defendants Sberbank of Russia ("Sberbank") and Herman Gref
(together, the "Russian Defendants") and Sberbank CIB USA, Inc. (together with the Russian
Defendants, the "Defendants"), to request an extension to oppose Plaintiff's request for leave to
file a third amended complaint (ECF No. 90) (the "Request"). Plaintiff filed his Request on July
14, 2022. Under Your Honor's Individual Practice Rule II.A.ii, a response is due within five
business days, or July 21, 2022.

Plaintiff's Request is inappropriate and deeply prejudicial to Defendants. Plaintiff has
had ample opportunity to present his claims to the Court, through three iterations of his
complaint. Plaintiff provides no basis why adding a new defendant to the case is appropriate
now, and indeed, Plaintiff's request concedes that the proposed Third Amended Complaint
adding the Russian Federation as a defendant would be supported by no new factual allegations.
*See* ECF No. 90 at 2 ("Plaintiffs are not alleging any new facts or theories."). And Defendants
would be prejudiced if required to defend against still another iteration of Plaintiff's meritless
claims, which deficiencies have been fully and extensively briefed to the Court for several
months. *See* ECF Nos. 68 & 69 (Nov. 2, 2021 reply briefs in support of motions to dismiss); 80
(Feb. 2, 2022 reply brief in support of Russian Defendants' motion to dismiss for lack of subject-
matter jurisdiction).

Counsel for all Defendants have indicated their intention to withdraw from their
representation in this Action. *See* ECF Nos. 86 & 87. Counsel have been authorized to inform
the Court that Defendants' search for substitute counsel is complete, and they anticipate the
engagement to be finalized in the coming weeks. Defendants therefore respectfully request the
Court, if not inclined to deny leave on the basis of Plaintiff's Request alone, grant Defendants an
extension until August 12, 2022 for new counsel to appear and respond to the Request. No
previous requests for adjournment or extension of this deadline have been made.

Mr. Taft, on behalf of all Defendants' counsel, conferred with Plaintiff's counsel by
phone on July 20, 2022. Plaintiff consents to an extension, but only through August 1, 2022.

Hon. Analisa Torres                                                                                                      2

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: */s/ William H. Taft V*
    Mark P. Goodman
    William H. Taft V
    mpgoodman@debevoise.com
    whtaft@debevoise.com

    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

    *Counsel for Sberbank of Russia and Herman Gref*

WHITE & CASE LLP

    Claire DeLelle
    Kim Havlin
    Scott Hershman
    Isaac Glassman
    claire.delelle@whitecase.com
    kim.havlin@whitecase.com
    scott.hershman@whitecase.com
    isaac.glassman@whitecase.com

    701 Thirteenth Street, NW
    Washington, DC 20005
    (202) 626-3600

    1221 Avenue of the Americas
    New York, New York 10020
    (212) 819-8200

    *Counsel for Sberbank CIB USA, Inc.*

cc: All counsel of record (via ECF)