UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV,<br><br>                              Plaintiff,<br><br>        v.<br><br>HERMAN GREF, SBERBANK CIB USA,<br>INC., SBERBANK OF RUSSIA PJSC, and<br>DOES 1-100 inclusive,<br><br>                              Defendants. | Case No. 1:20-cv-09153 (AT) (JW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Natalie Shkolnik of Wilk Auslander LLP, 825 Eighth

Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of

Defendants, Herman Gref, Sberbank CIB USA, Inc., and Sberbank of Russia PJSC.

Dated: New York, New York
        September 12, 2022                    Respectfully submitted,

                                             WILK AUSLANDER LLP


                                             By:   */s/ Natalie Shkolnik*
                                                   Natalie Shkolnik
                                                   825 Eighth Avenue, Suite 2900
                                                   New York, New York 10019
                                                   Tel.: 212-981-2294
                                                   Fax: 212-752-6380
                                                   nshkolnik@wilkauslander.com

                                             *Attorneys for Defendants Herman Gref,*
                                             *Sberbank CIB USA, Inc. and Sberbank of*
                                             *Russia PJSC*