UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV,<br><br>                         Plaintiff,<br><br>    v.<br><br>HERMAN GREF, SBERBANK CIB USA, INC., SBERBANK OF RUSSIA PJSC, and DOES 1-100 inclusive,<br><br>                         Defendants. | Case No. 1:20-cv-09153 (AT) (JW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Jay S. Auslander of Wilk Auslander LLP, 825 Eighth Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of Defendants, Herman Gref, Sberbank CIB USA, Inc., and Sberbank of Russia PJSC.

Dated: New York, New York
        September 12, 2022

Respectfully submitted,

WILK AUSLANDER LLP

By: */s/Jay S. Auslander*
    Jay S. Auslander
    825 Eighth Avenue, Suite 2900
    New York, New York 10019
    Tel.: 212-981-2338
    Fax: 212-752-6380
    jauslander@wilkauslander.com

*Attorneys for Defendants Herman Gref, Sberbank CIB USA, Inc. and Sberbank of Russia PJSC*

100059245.1