UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV,<br><br>                    Plaintiff,<br><br>v.<br><br>HERMAN GREF, SBERBANK CIB USA, INC., SBERBANK OF RUSSIA PJSC, and DOES 1-100 inclusive,<br><br>                    Defendants. | Case No. 1:20-cv-09153 (AT) (JW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stuart M. Riback of Wilk Auslander LLP, 825 Eighth Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of Defendants, Herman Gref, Sberbank CIB USA, Inc., and Sberbank of Russia PJSC.

Dated: New York, New York
       September 12, 2022

Respectfully submitted,

WILK AUSLANDER LLP

By:  /s/ Stuart M. Riback
     Stuart M. Riback
     825 Eighth Avenue, Suite 2900
     New York, New York 10019
     Tel.: 221-981-2326
     Fax: 212-752-6380
     sriback@wilkauslander.com

*Attorneys for Defendants Herman Gref, Sberbank CIB USA, Inc. and Sberbank of Russia PJSC*