UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AKHMED GADZHIEVICH BILALOV,

                Plaintiff,

          -against-

HERMAN GREF, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:20-cv-09153-GHW-JW

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Mark P. Goodman hereby withdraws as counsel for Defendants Sberbank of Russia and Mr. Herman Gref and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Jay S. Auslander, Stuart M. Riback and Natalie Shkolnik of Wilk Auslander LLP will continue to represent Sberbank of Russia and Mr. Gref in this proceeding.

Dated: New York, New York
       September 13, 2022

                                    DEBEVOISE & PLIMPTON LLP
                                    By: */s/ Mark P. Goodman*
                                         Mark P. Goodman
                                         mpgoodman@debevoise.com

                                         919 Third Avenue
                                         New York, New York 10022
                                         (212) 909-6000

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AKHMED GADZHIEVICH BILALOV,

                            Plaintiff,

            -against-

HERMAN GREF, et al.,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:20-cv-09153-GHW-JW

## **DECLARATION OF MARK P. GOODMAN**

I, Mark P. Goodman, declare and state as follows:

1. I am a member of Debevoise & Plimpton LLP ("Debevoise"), an international law firm with its principal offices at 919 Third Avenue, New York, New York 10022, counsel for Defendants Sberbank of Russia and Mr. Herman Gref (the "Russian Defendants").

2. Jay S. Auslander, Stuart M. Riback and Natalie Shkolnik of Wilk Auslander LLP will continue to represent the Russian Defendants in this proceeding.

3. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because the Russian Defendants have engaged Wilk Auslander to represent them in this proceeding.

4. Motions to dismiss are pending, and my withdrawal will not delay the matter or prejudice any party.

5. Debevoise is not presently asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
         September 13, 2022

                                                                 By: */s/ Mark P. Goodman*
                                                                      Mark P. Goodman

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 13, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on September 13, 2022 will cause a true and correct copy of the foregoing to be served on Defendants Sberbank of Russia and Mr. Herman Gref (with consent of the recipients) by email upon the General Counsel, Sberbank of Russia and the Deputy Director, Legal Department, Sberbank of Russia.

Dated: New York, New York
September 13, 2022

*/s/ Mark P. Goodman*
Mark P. Goodman