UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AKHMED GADZHIEVICH BILALOV,

                              1:20-cv-09153-AT-JW

            Plaintiff,

-against-                  **NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL**

HERMAN GREF, et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, William H. Taft V hereby withdraws as counsel for Defendants Sberbank of Russia and Mr. Herman Gref and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Jay S. Auslander, Stuart M. Riback and Natalie Shkolnik of Wilk Auslander LLP will continue to represent Sberbank of Russia and Mr. Gref in this proceeding.

Dated: New York, New York
       September 13, 2022

                                      DEBEVOISE & PLIMPTON LLP
                                      By: */s/ William H. Taft V*
                                           William H. Taft V
                                           whtaft@debevoise.com

                                           919 Third Avenue
                                           New York, New York 10022
                                           (212) 909-6000

SO ORDERED:

*Jennifer E. Willis*
_____
Jennifer E. Willis
United States Magistrate Judge

September 14, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
AKHMED GADZHIEVICH BILALOV,        :
                                   :   1:20-cv-09153-AT-JW
           Plaintiff,              :
                                   :
     -against-                     :
                                   :
HERMAN GREF, et al.,               :
                                   :
           Defendants.             :
-----------------------------------x

## DECLARATION OF WILLIAM H. TAFT V

I, William H. Taft V, declare and state as follows:

1. I am a member of Debevoise & Plimpton LLP ("Debevoise"), an international law firm with its principal offices at 919 Third Avenue, New York, New York 10022, counsel for Defendants Sberbank of Russia and Mr. Herman Gref (the "Russian Defendants").

2. Jay S. Auslander, Stuart M. Riback and Natalie Shkolnik of Wilk Auslander LLP will continue to represent the Russian Defendants in this proceeding.

3. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because the Russian Defendants have engaged Wilk Auslander to represent them in this proceeding.

4. Motions to dismiss are pending, and my withdrawal will not delay the matter or prejudice any party.

5. Debevoise is not presently asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 13, 2022

                                          By: */s/ William H. Taft V*
                                              William H. Taft V