IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV,<br><br>*Plaintiff*,<br><br>v.<br><br>HERMAN GREF, SBERBANK CIB USA, INC., SBERBANK OF RUSSIA PJSC, and DOES 1-100 inclusive,<br><br>*Defendants*. | Case No. 1:20-cv-09153-AT-JW<br><br>Hon. Analisa Torres |

## WHITE & CASE LLP'S NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Claire DeLelle, Kim Havlin, Scott Hershman, and Isaac Glassman hereby withdraw as counsel for Defendant Sberbank CIB USA, Inc. ("SCIB") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. White & Case LLP previously represented in a letter to the Court dated March 11, 2022 (ECF No. 86) that it was ending its relationship with SCIB and was seeking substitute counsel. On September 12, 2022, Jay S. Auslander, Stuart M. Riback, and Natalie Shkolnik of Wilk Auslander LLP noticed appearances on behalf of SCIB (ECF Nos. 93-95). Accordingly, and consistent with its prior representation, White & Case now notices its withdrawal of counsel. Wilk Auslander will continue to represent SCIB in this proceeding.

September 13, 2022

Respectfully submitted,

**WHITE & CASE**

/s/ *Claire A. DeLelle*
Claire A. DeLelle
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:    + 1 202 626 3600
Facsimile:    + 1 202 639 9355
Email: claire.delelle@whitecase.com

Kim Havlin
Scott Hershman
Isaac Glassman
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone:    + 1 212 819 8200
Emails:
kim.havlin@whitecase.com
scott.hershman@whitecase.com
isaac.glassman@whitecase.com

SO ORDERED:

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

September 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>HERMAN GREF, SBERBANK CIB USA, INC., SBERBANK OF RUSSIA PJSC, and DOES 1-100 inclusive,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:20-cv-09153-AT-JW<br><br>Hon. Analisa Torres |

## **DECLARATION OF CLAIRE A. DELELLE**

I, Claire A. DeLelle, declare and state as follows:

1. I am a partner at White & Case LLP, an international law firm with its principal offices at 1221 Avenue of the Americas, New York, New York 10020, counsel for Defendant Sberbank CIB USA, Inc. ("SCIB").

2. On March 11, 2022, White & Case advised in a letter (ECF No. 86) to the Court that it was ending its representation of SCIB and was actively seeking substitute counsel to represent SCIB in this proceeding.

3. On September 12, 2022, Jay S. Auslander, Stuart M. Riback, and Natalie Shkolnik of Wilk Auslander LLP noticed appearances (ECF Nos. 93-95) on behalf of SCIB. Wilk Auslander LLP will continue to represent SCIB in this proceeding.

4. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that White & Case is withdrawing as counsel because SCIB has engaged Wilk Auslander to represent it in this proceeding.

5. There are no motions currently pending before the Court, and White & Case's withdrawal will not delay the matter or prejudice any party.

6. White & Case is not presently asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| September 13, 2022<br>Washington, D.C. | /s/ *Claire A. DeLelle*<br>Claire A. DeLelle |