**WILK AUSLANDER**

Wilk Auslander LLP  T 212-981-2300
825 Eighth Avenue – Suite 2900  F 212-752-6380
New York, NY 10019  wilkauslander.com

Stuart M. Riback
Partner
(212)981-2326
sriback@wilkauslander.com

October 12, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Bilalov v. Gref*, et al., case no. 20 Civ. 9153 (AT) (JW)

Dear Judge Torres:

This firm represents defendants Herman Gref and Sberbank of Russia PJSC. We write to request an extension of the briefing schedule for Plaintiff's recently filed motion for leave to file a Third Amended Complaint.

We have conferred with plaintiff's counsel and have agreed that the following schedule is acceptable to both sides: Defendants' opposition will be filed by November 4, 2022 and Plaintiff's reply will be filed by November 18, 2022. The motion was filed on October 4, 2022, and under the normal motion briefing schedule pursuant to Local Rule 6.1(b), the opposition would be due October 18 and the reply due October 25. We request the extension because the Jewish holidays of Yom Kippur and Succot, both of which I observe, occupy much of the first three weeks of October (Yom Kippur was October 5, and Succot is observed October 10, 11, 17 and 18). No previous request was made for an extension of time.

Counsel for plaintiff has reviewed this letter and approves it.

Thank you for the Court's consideration.

Very truly yours,

/s/ Stuart M. Riback

Stuart M. Riback

cc:   All counsel via ECF

100068682.1