Irina Shpigel
Shpigel Law P.C.
*Attorneys for Plaintiff*
250 Greenwich Street, 46th Floor
New York, New York 10007
E-mail: ishpigel@iselaw.com
T 212-390-1913
F 646-355-0242

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AKHMED GADZHIEVICH BILALOV, an individual,<br><br>  Plaintiff,<br><br>- against-<br><br><br>HERMAN GREF, SBERBANK CIB USA, INC.<br><br>  Defendants. | Civil Action No. 1:2020cv09153 |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Akhmed Gadzhievich Bilalov, by and though undesigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 13, 2022, granting Defendant's motion to dismiss Plaintiff's claims in part pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act (the "FSIA"), 28 U.S.C. § 1330, and, in the alternative, under the doctrine of forum non conveniens in favor of adjudication in Russia, Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, or Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

This Appeal does not pertain to the abuse-of-process claim, as Plaintiff will file a motion for leave to further amend his complaint with respect to his abuse-of-process claim, and will pursue that claim independently of the instant appeal.

Dated:  October 12, 2022

                                                      _____
Irina Shpigel
Shpigel Law, P.C.
*Attorneys for Plaintiff-Appellant*
250 Greenwich Street, 46th Floor
New York, New York 10007
E-mail: ishpigel@iselaw.com
T 212-390-1913
F 646-355-0242

## CERTIFICATE OF SERVICE

I hereby certify that on _____ 28, 2022, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

        //Irina Shpigel
Shpigel and Associates, P.C.
*Attorneys for Plaintiff-Appellant*
250 Greenwich Street, 46th Floor
New York, New York 10007
E-mail: ishpigel@iselaw.com
T 212-390-1913
F 646-355-0242

WHEN FILING ATTACH DOCKET
AND DECISION  AS IN SAMPLE