# WILK AUSLANDER

Wilk Auslander LLP       T  212-981-2300
825 Eighth Avenue, Suite 2900  F  212-752-6380
New York, NY 10019       wilkauslander.com

Natalie Shkolnik
Partner
212-981-2294
nshkolnik@wilkauslander.com

October 17, 2022

<u>VIA ECF</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Bilalov v. Gref*, et al, case no. 20 Civ. 9153 (AT) (JW)

Dear Judge Torres:

      We represent defendants Herman Gref, Sberbank CIB USA, Inc., and Sberbank of Russia PJSC. We write to follow-up on our October 12, 2022 request for an extension of the briefing schedule on plaintiff's recently-filed motion for leave to file a Third Amended Complaint (ECF No. 106). Plaintiff's motion was filed on October 4, 2022, such that, pursuant to Local Rule 6.1(b), our opposition would ordinarily be <u>due October 18</u> with plaintiff's reply <u>due October 25.</u>

      By our letter of October 12, my partner, Stuart Riback, requested an extension of that schedule, because the Jewish holidays of Yom Kippur and Succot, which Mr. Riback observes, occupy much of the first three weeks of October (Yom Kippur was October 5 and Succot is observed October 10, 11, 17 and 18). Because Mr. Riback is unavailable during those holidays, we conferred with plaintiff's counsel and agreed, subject to Your Honor's approval, that defendants' opposition are to be filed by <u>November 4, 2022</u>, with plaintiff's reply papers to be filed by <u>November 18, 2022</u>.

      We respectfully request that Your Honor approve that schedule.

      Thank you for Your Honor's consideration.

                          Very truly yours,

                          *Natalie Shkolnik*

                          Natalie Shkolnik

cc:    All counsel via ECT

100069175.1