UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AKHMED GADZHIEVICH BILALOV,

                Plaintiff,          **ORDER**

      -against-                    20-CV-9153 (AT) (JW)

HERMAN GREF, SBERBANK CIB USA,
INC., SBERBANK OF RUSSIA PJSC,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties have requested an extension of time for the briefing schedule on Plaintiff's pending motion for leave to amend. Dkt. Nos. 106; 108. The extension of time is GRANTED. Defendants' opposition is to be filed by November 4, 2022. Plaintiff's reply is due by November 18, 2022.

SO ORDERED.

DATED:   New York, New York
            October 17, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge