# SHPIGEL Law, PC
### Attorneys At Law

250 Greenwich Street
46th Floor
New York, New York 10007
Phone (212) 390-1913   Fax (646) 355-0242
E-Mail: ishpigel@iselaw.com

---

November 18th, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Bilalov v. Gref*, et al., case no. 20 Civ. 9153 (AT) (JW)

Dear Judge Torres:

This firm represents plaintiff Akhmed Bilalov. We write to request an extension of time to file a Reply to Defendant's opposition to the motion for leave to file a Third Amended Complaint.

We have conferred with defendant's counsel who consent to an extension of time to file the Reply up to November 22nd, 2022.

We request the extension because of a family emergency. No previous request was made for an extension of time.

Counsel for defendant has reviewed this letter and approves it.

Thank you for the Court's consideration.

Respectfully,

*/s/ Irina Shpigel*
Irina Shpigel

Cc:    All counsel via ECF

100068682.1