UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKHMED GADZHIEVICH BILALOV,

                Plaintiff,

- against -

HERMAN GREF, SBERBANK CIB USA, INC., SBERBANK OF RUSSIA PJSC, and DOES 1-100,

                Defendants.

**AMENDED ORDER OF REFERENCE TO A <u>MAGISTRATE JUDGE</u>**

20 Civ. 9153 (PGG) (JW)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement* | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motions: **Dkt. No. 103** All such motions: _____ |
| ☐ | Inquest After Default/ Damages Hearing | | |

*Do not check if already referred for general pretrial.

Dated: New York, New York
       January 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge