UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKHMED GADZHIEVICH BILALOV,

            Plaintiff,

    - against -

HERMAN GREF, SBERBANK CIB USA,
INC., SBERBANK OF RUSSIA PJSC, and
DOES 1-100,

            Defendants.

**AMENDED ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE**

20 Civ. 9153 (PGG) (JW)

PAUL G. GARDEPHE, U.S.D.J.:

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐   Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐   Habeas Corpus

☐   Social Security

☐   Settlement*

☐   Inquest After Default/ Damages Hearing

**X**   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motions: **Dkt. No. 103**

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
      January 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge