Case 1:20-cv-09153-PGG-JW Document 193, Filed 01/24/23 Page 1 of 1
Case 1:20-cv-09153-PGG-JW Document 103, Filed 01/24/23 Page 1 of 2
10-cv-9153(AT)

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January two thousand twenty-three,

_____

ABC,

      Plaintiff

and

Akhmed Gadzhievich Bilalov, an individual,

      Plaintiff - Appellant,

v.

Herman Gref, Sberbank CIB USA, Inc., Sberbank of Russia PJSC,

      Defendants - Appellees,

DEF, Kirill Androsov, Does 1-100,

      Defendants.
_____

**ORDER**
Docket No. 22-2671

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 24 2023

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/24/2023